JOHN LAWRENCE O'HARA, Respondent, v. THE CITY OF NEW YORK, Appellant.

*O'Hara* v. *City of New York*, 46 App. Div. 518, affirmed.
(Argued April 3, 1901; decided May 14, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 18, 1900, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*John Whalen, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for appellant.

*George F. Langbein* for respondent.

Judgment affirmed, with costs, on the prevailing opinion below.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Dissenting: GRAY, J.